IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00738-RPM

BETTY BLACKFORD,
VALERIE CALHOUN,
RICHARD MITCHELL, and
VERNON VEGGEBERG,

        Plaintiffs,

v.

DEX MEDIA, INC., a Colorado corporation,

        Defendant.

_____

ORDER
_____

        Pursuant to the Joint Motion to Strike Language from Headings in Plaintiffs' Complaint [8], filed on September 24, 2007, it is

        ORDERED that the "disparate impact" language is stricken from each of the three headings preceding the individual claims for relief and it is

        FURTHER ORDERED that Defendant's Motion to Dismiss Disparate Impact Claims is denied as moot. It is

        FURTHER ORDERED that a scheduling conference will be held on **November 2, 2007, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions. The proposed

order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on October 25, 2007.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: September 25th, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge