IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-00738-RPM-MJW

BETTY BLACKFORD,
VALERIE CALHOUN.
RICHARD MITCHELL, and
VERNON VEGGEBERG,

    Plaintiffs,

v.

DEX MEDIA, INC., a Colorado corporation,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION
TO AMEND SCHEDULING ORDER**

---

THIS MATTER came before this Honorable Court upon the Parties' Stipulated Motion to Amend Scheduling Order.

THIS COURT, having considered the Parties' motion and being fully advised in the premises, finds good cause to grant the Parties' request.

IT IS THEREFORE ORDERED that the Scheduling Order entered December 7, 2007 in this matter is hereby amended as follows:

    a)    Discovery cut-off:  November 12, 2008
    b)    Expert witness disclosure:  July 24, 2008
    c)    Rebuttal expert witness disclosure:  August 25, 2008
    d)    Dispositive motions:  January 2, 2009.

DATED THIS 24th DAY OF MARCH, 2008.

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            US District Court Judge