IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00738-RPM-MJW

BETTY BLACKFORD, ET AL.,

Plaintiff(s),

v.

DEX MEDIA, INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiff's Motion to Compel Discovery Responses (docket no. 24) is MOOT and therefore DENIED since Plaintiff has filed an Amended Motion to Compel Discovery Responses (docket no. 28).

It is FURTHER ORDERED that Defendant Dex Media, Inc.'s Motion to Strike Plaintiff's Motion Compel Discovery Responses (docket no. 25) is DENIED based upon Defendant Dex Media, Inc.'s failure to comply with D.C.COLO.LCivR 7.1A and noting that such motion (docket no. 24) is now MOOT based upon this court's ruling above. Moreover, the concerns raised by Defendant Dex Media, Inc. in the subject motion (docket no. 25) have been cured by Plaintiff in Plaintiff's Amended Motion to Compel Discovery Responses (docket no. 28).

It is FURTHER ORDERED that this court will enter a separate written order on Plaintiff's Amended Motion to Compel Discovery Responses (docket no. 28) following this court's review of such motion (docket no. 28) and response (docket no. 30).

Date: June 3, 2008