IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00738-RPM

BETTY BLACKFORD,
VALERIE CALHOUN,
RICHARD MITCHELL, and
VERNON VEGGEBERG,

                Plaintiffs,

v.

DEX MEDIA, INC., a Colorado corporation,

                Defendant.

_____

ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER
_____

Pursuant to the Stipulated Motion to Amend Scheduling Order [41], filed on July 9, 2008, it is

ORDERED that the scheduling order is amended as follows:

a) If the Court grants Plaintiffs' Amended Motion to Compel Discovery, Defendant Dex will have three weeks from the date of the Order to produce the additional discovery and expert witness disclosures will be due 30 days from the date of production with rebuttal expert witness disclosures due thirty days thereafter.

b) If the Court denies Plaintiffs' Amended Motion to Compel, expert witness disclosures from either party will be due thirty (30) days from the date of the

1

Order on Plaintiffs' Amended Motion to Compel, with rebuttal expert witness disclosures due thirty days thereafter.

DATED: July 9th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge