IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: October 14, 2008
Courtroom Deputy: Valeri P. Barnes
FTR: Kathy Terasaki

_____

Civil Action No. 07-cv-00738-RPM-MJW

| | |
|---|---|
| BETTY BLACKFORD, | Diane Smith-King |
| VALERIE CALHOUN, | Natalie Sullivan |
| RICHARD MITCHELL, and | Laura Schwartz |
| VERNON VEGGEBERG, | |

     Plaintiffs,

v.

DEX MEDIA, INC., a Colorado corporation,      Beth Doherty-Quinn

     Defendant.

_____

## COURTROOM MINUTES
_____

**HEARING: Motions**

**10:56 a.m.**    **Court in session**.

Also present: R. Lawrence Ashe, Jr., arguing on behalf of Development Dimensions International, Inc. ("DDI") on Plaintiffs' Motion to Compel Production of Documents **(45)**.

Argument by counsel on Plaintiffs' Motion to Compel Production of Documents **(45)** and Stipulated Motion to Amend Scheduling Order for Expert Discovery **(53)**.

Ms. Doherty-Quinn confirms that all documents requested of DDI have been provided to plaintiffs.

**ORDERED:**    Plaintiffs' Motion to Compel Production of Documents **(45)** is **denied**. DDI is entitled to cost and fees associated with the Motion and may file a Bill of Costs.

**ORDERED:**    Stipulated Motion to Amend Scheduling Order for Expert Discovery **(53)** is

**denied**.

**11:23 a.m.** **Court in recess/hearing concluded**.

Total in-court time: 00:27