IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: January 28, 2009
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki
_____

Civil Action No. 07-cv-00738-RPM-MJW

BETTY BLACKFORD,                                                           Diane Smith-King
VALERIE CALHOUN,
RICHARD MITCHELL, and
VERNON VEGGEBERG,

     Plaintiffs,

v.

DEX MEDIA, INC., a Colorado corporation,                         Elizabeth I. Kiovsky

     Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**10:00 a.m.**      **Court in session.**

Plaintiff Richard Mitchell present.

Court's preliminary remarks

10:01 a.m.      Argument by Ms. King.

**ORDERED:**      **Counsel to schedule and depose Richard Mitchell.**
                       **Plaintiffs' Motion for Protective Order Concerning Richard Mitchell's**
                       **Deposition, filed October 24, 2008 [55], is denied.**

10:05 a.m.      Argument by Ms. Kiovsky.

**ORDERED:**      **Counsel to schedule and depose Melissa Scott and Linda Martin.**
                       **Plaintiffs' Motion for Leave to Take Two Additional Depositions,**
                       **filed October 30, 2008 [57], is granted.**

**ORDERED:**      **Defendant Dex Media, Inc's Unopposed Motion for Extension of the**
                       **Dispositive Motion Deadline, filed December 30, 2008 [64], is granted.**
                       **Dispositive Motions Deadline is March 2, 2009.**

January 28, 2009
07-cv-00738-RPM-MJW

**ORDERED:** Pretrial Conference scheduled May 1, 2009 at 2:00 p.m.

**ORDERED:** Unopposed Motion for Extension of Time for Filing Reply in Support of Motion for Protective Order Concerning Richard Mitchell's Deposition, filed December 2, 2008 [61], is moot as reply was filed doc. [63] Reply.

**10:13 a.m.** **Court in recess.**

Hearing concluded. Total time: 13 min,

2