IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00738-RPM

BETTY BLACKFORD,
VALERIE CALHOUN,
RICHARD MITCHELL, and
VERNON VEGGEBERG,

    Plaintiffs,
v.

DEX MEDIA, INC., a Colorado corporation,

    Defendant.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

Pursuant to the hearing held today, it is

ORDERED that a pretrial conference is scheduled for **May 1, 2009, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **April 23, 2009.** The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: January 29th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge