IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00738-RPM-MJW

BETTY BLACKFORD,
VALERIE CALHOUN,
RICHARD MITCHELL and
VERNON VEGGEBERG,

      Plaintiffs,

v.

DEX MEDIA, INC., a Colorado corporation,

      Defendant.

## ORDER SETTING TRIAL DATE

Pursuant to the pretrial conference conducted on May 1, 2009, it is

ORDERED that this matter is set for trial to jury on **November 2, 2009, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: May 1st, 2009

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior District Judge