IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00738-RPM-MJW

BETTY BLACKFORD,
VALERIE CALHOUN,
RICHARD MITCHELL and
VERNON VEGGEBERG,

      Plaintiffs,

v.

DEX MEDIA, INC., a Colorado corporation,

      Defendant.

---

## ORDER VACATING TRIAL DATE

Pursuant to the notice of automatic bankruptcy stay [88], it is

ORDERED that the November 2, 2009, trial date is vacated.

Dated:   October 2nd, 2009

                        BY THE COURT:

                        s/Richard P. Matsch

                        Richard P. Matsch, Senior District Judge