IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00738-RPM-MJW

BETTY BLACKFORD,
VALERIE CALHOUN,
RICHARD MITCHELL and
VERNON VEGGEBERG,

    Plaintiffs,

v.

DEX MEDIA, INC., a Colorado corporation,

    Defendant.

---

ORDER SETTING SECOND PRETRIAL CONFERENCE AND TRIAL DATE

---

    Pursuant to the pretrial conference held on July 22, 2010, it is

    ORDERED that a second pretrial conference is set for **January 7, 2011, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. It is

    FURTHER ORDERED that this matter is set for trial to jury on **February 7, 2011, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

    Dated:    July 22nd, 2010

                            BY THE COURT:
                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge