IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00738-RPM-MJW

BETTY BLACKFORD,
VALERIE CALHOUN,
RICHARD MITCHELL and
VERNON VEGGEBERG,

      Plaintiffs,

v.

DEX MEDIA, INC., a Colorado corporation,

      Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

Pursuant to the Stipulation to Dismiss with Prejudice [113] filed March 15, 2011, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated:   March 16th, 2011

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge